IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                       **No. 04-CR-30095-DRH**

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

      Now before the Court is Defendant Christopher Taylor's motion to continue his trial (Doc. 91). The Government does not object. The Court being fully advised in the premises finds that the trial should be continued to allow Defense counsel additional time to adequately prepare for trial. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 91). The Court **CONTINUES** the jury trial scheduled for Monday, May 16, 2005, at 9:00 a.m. to Monday, **September 12, 2005, at 9:00 a.m.** The time from the date the original motion was filed, April 25,

2005, until the date to which the trial is rescheduled, September 12, 2005, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**