IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER B. TAYLOR,

Defendant.                                                No. 04-CR-30095-DRH

### ORDER

**HERNDON, District Judge:**

    Before the Court are motions submitted by Defendant Christopher B. Taylor (1) to permit Defendant to listen to a tape and listen to or view a CD-ROM related to his case at the St. Clair County Jail (Doc. 99), and (2) for a final pretrial hearing (Doc. 108).

    With regard to the first motion, pursuant to its discovery obligations the Government has provided Defendant with one CD-ROM and one tape related to his case. Defendant has already listened to or viewed these materials, but desires to listen to or view them again. He refuses, however, to leave his cell at the St. Clair County Jail to do so with his attorney. The Government does not oppose Defendant's motion. Therefore, the Court **GRANTS** Defendant's motion to be allowed to listen to the tape and listen to or view the CD-ROM related to his case. (Doc. 99). Counsel for Defendant will have to work out the details with jail official how he accomplishes the task of having his client actually listen to or view

the tape and CD-ROM.

With regard to Defendant's second motion, because a final pretrial hearing has been set in this case for August 31, 2005, at 1:30 p.m., the Court **DENIES** Defendant's motion as moot.  (Doc. 108).

**IT IS SO ORDERED.**

Signed this 24th day of August, 2005.

/s/    David RHerndon
**United States District Judge**