IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**CHRISTOPHER B. TAYLOR,**

    **Defendant.**                                                       **No. 04-CR-30095-DRH**

## ORDER

    Before the Court is a Motion in Limine submitted by the United States of America. (Doc. 119.) The motion requests that the Court direct Defendant and his counsel to refrain from any mention of civil lawsuits Defendant has filed against prospective law-enforcement government witnesses.

    The Court **GRANTS** Defendants' Motion in Limine without objection. (Doc. 119.)

    **IT IS SO ORDERED.**

    Signed this 31 st day of August, 2005.

                                               /s/   David RHerndon
                                               **United States District Judge**