### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                          **No. 04-CR-30095-DRH**

### <u>ORDER</u>

**HERNDON, District Judge:**

On September 20, 2005, Defendant Christopher B. Taylor filed a *pro se* Motion for a New Trial.  (Doc. 161.)   This Motion was opposed by the government. (Doc. 164.) On October 4, 2005, Defendant filed an Amended Motion for a New Trial, again *pro se*.  (Doc. 169.)

Despite filing both of his motions *pro se*, Defendant was represented by counsel on each occasion.  On September 20th Defendant was represented by Attorneys John Stobbs, II and Christopher Threlkeld, and on October 4th Defendant was represented by Attorney Phillip J. Kavanaugh, III.  As the Court has previously explained to Defendant, this Court will not accept *pro se* motions by a Defendant who is represented by counsel.  Therefore, the  Court **DENIES** Defendant's Motions

1

2

for a New Trial, without prejudice.  (Docs. 161, 169.)

**IT IS SO ORDERED.**

Signed this 4th day of October, 2005.

/s/                David RHerndon
**United States District Judge**