IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                              **No. 04-CR-30095-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

This matter comes before the Court on Defendant's motion for a separate laboratory analysis of the 5.9-gram substance referred to in Count I of his indictment. (Doc. 182.) Defendant questions whether that substance was actually crack, as opposed to cocaine base more generally.

On September 16, 2005, after a five-day trial, a jury found Defendant guilty of one Count of possession with the intent to distribute "5.9 grams of a mixture or substance containing cocaine in the form of cocaine base (commonly known as "crack")." The Court has determined that the jury was presented with sufficient evidence to support that verdict. (Doc. 189.) That issue, therefore, is resolved, and the law of the case has been set for sentencing purposes. Defendant's motion is

accordingly **DENIED**.

      **IT IS SO ORDERED**.

Signed this 28th day of December, 2005.

              /s/          David RHerndon
              **United States District Judge**