IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER B. TAYLOR,

Defendant.                                                  No. 04-CR-30095-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court are twelve motions submitted pro se by Defendant Christopher Taylor ("Defendant") that this Court now takes up. They are: (1) a motion for transcription of a DEA tape and sentencing hearing (Doc. 198); (2) a motion for the Court to order the Department of Justice ("DOJ") and the St. Clair County Jail to provide a law library (Doc. 199); (3) a motion to appoint new counsel (Doc. 201);(4) a motion to order the U.S. Attorney, DEA, City of Alton, and phone company to provide all records, witness statements, confidential agreements, payment, and expense records relating to Tina Whittenburg (Docs. 202, 209); (5) a motion seeking co-counsel for Defendant's interlocutory appeal (Doc. 205); (6) another motion to appoint new counsel (Doc. 206); (7) a motion asking the Court to order Defendant's attorney to "perform his court appointment professionally . . . to the full extent of the law and the Illinois Professional Code of Ethics" (Doc. 210); (8) a motion to appoint new counsel or to proceed pro se (Doc. 219);(9) a motion for

release from custody pending sentencing and appeal (Doc. 220); (10) a motion for a hearing on the question of Defendant's representation (Doc. 221);(11) a motion for copies of a CD-Rom and cassette tape relevant to this matter (Doc. 224); and (12) a motion seeking to be allowed to file pro-se objections to the PSR (Doc. 225).

First, the Court reiterates to Defendant that it will not entertain pro-se motions submitted by defendants that are represented by counsel.  Defendant is currently well represented by counsel and has been informed of the Court's policy before. (*See* Doc. 171.)  This policy has not changed.  Thus, all of Defendant's pro-se motions that are unrelated to the issue of Defendant's representation are hereby **DENIED**.  (Docs. 198, 199, 202, 220, 224, 225.)

Second, because Defendant's appeal has been denied by the Seventh Circuit (Doc. 222), the Court **DENIES** his motion for co-counsel on appeal as moot. (Doc. 205.)

Third and finally, although the Court notes that it has already held a hearing on the question of new counsel for Defendant, and although that Defendant has had eight attorneys in this case — including two at trial — the Court **SETS** Defendant's motions related to his representation in this matter for a hearing on April 6, 2006 at 1:00 p.m.  (Docs. 201, 206, 210, 219, 221.)

**IT IS SO ORDERED**.

Signed this 3rd day of April, 2006.

/s/       David   RHerndon
**United States District Judge**