IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                              **No. 04-CR-30095-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Defendant Christopher B. Taylor ("Defendant") to be released pending sentencing in this matter. (Doc. 238.) The Court finds that the Defendant is a flight risk and is a potential for risk of harm to the community. The Court **DENIES** Defendant's motion. (Doc. 238.)

**IT IS SO ORDERED**.

Signed this 10th day of May, 2006.

/s/       David   RHerndon
**United States District Judge**