IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                     **No. 04-CR-30095-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's motion for appointment of appellate counsel.  (Doc. 255.)  The Court **DENIES** this motion.  (Doc. 255.)  Defendant has been sentenced and has filed a notice of appeal in this matter.  This Court has no jurisdiction to appoint appellate counsel to represent Defendant.  *Griggs v. Provident Consumer Discount Co.*, **459 U.S. 56, 58 (1982)**.  Defendant will have to file a motion with the Seventh Circuit Court of Appeals.

**IT IS SO ORDERED**.

Signed this 22nd day of June, 2006.

/s/         David   RHerndon
**United States District Judge**