## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CHRISTOPHER B. TAYLOR,**

**Defendants.**                                                          **No. 04-CR-30095-DRH**

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Defendant's Motion for Reconsideration for New Trial Under Newly Discovered Evidence Challenging Legislative Jurisdiction. (Doc. 272.) Under **FEDERAL RULE OF CRIMINAL PROCEDURE 33**, a court "may vacate any judgment and grant a new trial if the interest of justice so requires." **FED. R. CRIM. P. 33.** Concurrent with this motion, Defendant has appealed his case to the Seventh Circuit. "Although a court may not grant a new trial while an appeal is pending, it may entertain the motion and either deny it or, if inclined to grant a new trial, so certify to the court of appeals." *United States v. Blankenship*, 970 F.2d 283, 285 (1992).

In this case, Defendant moves for a new trial on the grounds that there is newly discovered evidence in this case. Essentially, Defendant argues that the Court lacked jurisdiction over this matter because the drug-related activity Defendant was convicted of occurred on privately-owned property and, therefore, the Federal Government "has no authority to prohibit any activity of the defendant at such

location." (Doc. 272, ¶ 9.)

Defendant is gravely mistaken.  Under the Commerce Clause of the United States Constitution, **U.S. Const. art. I, § 8, cl. 3**, Congress may regulate interstate activities such as drug trafficking, as it did under **21 U.S.C. § 841**. Federal courts, therefore, have jurisdiction over the *class of activities* regulated by Congress.  That is the relevant inquiry.  Not *where* the activities occurred.  ***See Perez v. United States*, 402 U.S. 146 (1971).**  Accordingly, Defendant's motion (Doc. 272) is **DENIED**.

**IT IS SO ORDERED.**

Signed this 8th day of February, 2007.


/s/       David   RHerndon
**United States District Judge**