IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                         No. 04-CR-30095-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is a document entitled Motion to Clarify submitted by Defendant. (Doc. 300.) As stated in this Court's last Order dated July 10, 2007, this Court "no longer has jurisdiction over this matter and will not consider any additional motions or arguments in this case." (Doc. 294.) Therefore, Defendant's motion is **DENIED**. (Doc. 300.) In addition, the Clerk is **ORDERED** to refuse any further attempts by Defendant to file anything in this criminal file.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2007.

/s/      David    RHerndon
**United States District Judge**