IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER B. TAYLOR,

Defendant.                                              No. 04-CR-30095-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is a motion for leave to proceed *in forma pauperis* on appeal submitted by Defendant. (Doc. 303.) Defendant's notice of appeal is found at Doc. 295. The Court has already determined that Defendant is financially unable to obtain an adequate defense. However, the Court hereby certifies that Defendant's appeal in this case is not taken in good faith and leave to proceed *in forma pauperis* is denied. ***See* FED. R. APP. P. 24(a)(3)(A).** Therefore, Defendant's motion is **DENIED**. (Doc. 303.)

**IT IS SO ORDERED.**

Signed this 13th day of August, 2007.

/s/      David  RHerndon
**United States District Judge**