### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CHRISTOPHER B. TAYLOR,**

**Defendant.**                                              **No. 04-CR-30095-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion for leave to amend notice of appeal. (Doc. 312.) The Court understood when it was considering Defendant's motion for leave to appeal in forma pauperis (Doc. 303) that Defendant was appealing the July 10, 2007 Order, which is document 294 - not documents 289 and 290 as stated in the notice of appeal (295). Nevertheless, Defendant is **GRANTED** leave to amend his notice of appeal so that the record accurately reflects the Order that Defendant is appealing. However, the Court's previous order (Doc. 305) denying Defendant's motion for leave to appeal in forma pauperis still stands and will not be reconsidered.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2007.

/s/      DavidRHerndon
**United States District Judge**