# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER B. TAYLOR,

Defendant.                                    No. 04-30095-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Christopher B. Taylor's motion to confirm (Doc. 381). Defendant states that he "would like to make it clear that he is not challenging his conviction, sentence, or rehashing the same old arguments; Mr. Taylor is clearly and only asking this honorable court to <u>VERIFY</u> that Mr. Taylor brought the following issues to the attention of this honorable court on May 30, 2006." The motion is denied. The Court is not required to verify anything. There is no requirement in the law for the Court to do this and the motion is frivolous. Defendant is warned that if he does not quit filing frivolous motions the Court may fine him.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.07.25 10:29:30 -05'00'*

**Chief Judge**
**United States District Court**